**DISMISS and Opinion Filed January 3, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01097-CV

**FIREWHEEL SURGICAL SALES, LLC AND LEWIE THOMPSON, Appellants**
**V.**
**EXACTECH, INC., Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-01153-M**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Evans
Opinion by Justice Moseley

Before the Court is appellants' December 2, 2013 motion to dismiss the appeal.

Appellants have informed the Court that they no longer wish to pursue this appeal. Accordingly,

we grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).



/Jim Moseley/
JIM MOSELEY
JUSTICE

131097F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FIREWHEEL SURGICAL SALES, LLC
AND LEWIE THOMPSON, Appellants

No. 05-13-01097-CV          V.

EXACTECH, INC., Appellee

On Appeal from the 298th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-10-01153-M.
Opinion delivered by Justice Moseley.
Justices Bridges and Evans, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, EXACTECH, INC., recover its costs of this appeal from appellants, FIREWHEEL SURGICAL SALES, LLC AND LEWIE THOMPSON.

Judgment entered this 3rd day of January, 2014.

/Jim Moseley/
JIM MOSELEY
JUSTICE